UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TECHNO LICENSING LLC,<br><br>                    Plaintiff,<br><br>  v.<br><br>BLUEBIRD USA, INC.<br><br>                    Defendant. | NO: 4:18-CV-0370-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal. ECF No. 8. Plaintiff seeks to dismiss this action without prejudice, and with each party bearing its own costs and fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not filed an answer or otherwise responded to the Complaint.

//

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal (ECF No. 8), this action is **DISMISSED without prejudice** and with each party bearing its own costs and fees.

2. All pending motions are denied as moot and all hearings stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order and judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED April 3, 2019.



THOMAS O. RICE
Chief United States District Judge